UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTON KING,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WARDEN RAYTHEL FISHER,<br><br>　　　　　Respondent. | No. 1:18-cv-00659-SKO HC<br><br>**ORDER DENYING MOTION TO PROCEED** ***IN FORMA PAUPERIS*** **AS MOOT**<br><br>**(Doc. 9)** |

　　　　On May 18, 2018, Petitioner, Alton King, filed a motion to proceed *in forma pauperis*. Because the Court already granted Petitioner leave to proceed *in forma pauperis* on May 15, 2018, the motion is DENIED as moot.

IT IS SO ORDERED.

Dated: __**May 22, 2018**__　　　　　　　　　　　　/s/ *Sheila K. Oberto*　　　
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1